UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SILVA,<br><br>   Plaintiff,<br><br> v.<br><br>MT. ZION ENTERPRISES INC, et al.,<br><br>   Defendants. | Case No.  13-cv-05696-JSC<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

  After reviewing the parties' joint case management conference statement and the ADR remark, the Court refers this action to Magistrate Judge Donna Ryu for a settlement conference to occur within the next 60 days at the convenience of the Magistrate Judge.  The initial case management conference is continued to **June 26, 2014.** The parties should submit a new joint case management conference statement one week before the conference.

  **IT IS SO ORDERED.**

Dated: March 28, 2014

                 _____
                 JACQUELINE SCOTT CORLEY
                 United States Magistrate Judge